# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEN A. KUMM, et al.,                     ) | |
|                                 )        | 8:08CV368 |
|              Plaintiffs,     ) | |
| vs.                                                         ) | ORDER |
| PHOENIX LIFE INSURANCE               ) | |
| COMPANY, et al.,                          ) | |
|             Defendants.      ) | |

This matter is before the court on the letter request of counsel for the plaintiff to have the planning conference on February 10, 2009, in chambers instead of by telephone. Upon consideration,

**IT IS ORDERED:**

The planning conference scheduled for **February 10, 2009, at 10:30 a.m.** will be held before the undersigned magistrate judge in Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of February, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge