## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM; ESTATE OF GAYLORD KUMM; BEN KUMM; GLEN R. KUMM; and STARR KUMM n/k/a Starr Wallace,

    Plaintiffs,

v.

PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY,

    Defendants.

CASE NO. 8:08CV368

**ORDER**

This matter comes before the Court on Plaintiffs Unopposed Motion for Extension of Time. Being fully advised, the Court finds and orders as follows:

IT IS ORDERED that Plaintiffs have until on or before May 11, 2009, to file their brief opposing Defendants' Motion to Dismiss.

DATED: April 23, 2009.

    BY THE COURT:

    By: s/ Joseph F. Bataillon
        Chief District Judge