## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEN KUMM; GLEN R. KUMM; JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM; ESTATE OF GAYLORD KUMM; and STARR KUMM n/k/a Starr Wallace, | ) ) ) ) ) ) ) ) | 8:08CV368 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV290 |
| v. | ) ) | |
| JANICE KUMM AND DEANN KUMM, as co-personal representatives of the ESTATE OF GAYLORD KUMM; DEANN KUMM, individually; ESTATE OF GAYLORD KUMM; BEN KUMM, individually, GLEN R. KUMM, individually; and STARR KUMM n/ka Starr Wallace, individually, | ) ) ) ) ) ) ) ) ) | |
| Defendants and Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GERALD BRYCE, JAMES GRENDELL, BRYAN REIL, and PARADIGM FINANCIAL SERVICES, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

This matter is before the court on the motion for an immediate progression hearing regarding status of deposition and consolidation by the Defendants/Third Party Plaintiffs in Case No. 8:08CV290 and the Plaintiffs in Case No. 8:08CV368 (Filing No. 136 in 8:08CV290; Filing No. 71 in 8:08CV368).  The court held a telephone conference with counsel on August 24, 2009.  Counsel for all parties participated.

The parties requested the deconsolidation of these matters to accommodate scheduled depositions.  There being no objection, these cases are ordered deconsolidated and the court's order of August 17, 2009 (Filing No. 128 in Case No. 8:08CV290 and Filing No. 69 in Case No. 8:08CV368) is vacated.

**IT IS SO ORDERED.**

DATED this 24th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge