## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANICE KUMM and DEANN KUMM, Individually and as Co-personal Representatives of the Estate Of Gaylord Kumm; BEN KUMM; GLEN R. KUMM; and STARR KUMM n/k/a STARR WALLACE, | ) ) ) ) ) ) ) | 8:08CV368 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY | ) ) ) ) | |
| Defendants. | ) | |

The court has been informed by counsel for the plaintiffs that the parties have reached a preliminary settlement of this matter but that additional time is required to finalize the documentation. The parties request an additional thirty days to finalize the agreement. The request is granted. The parties shall file a status report in this matter on or before May 5, 2010. The mediation stay is continued and the telephone conference scheduled for April 5, 2010, is canceled.

**IT IS SO ORDERED.**

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge