# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANICE KUMM and DEANN KUMM, Individually and as Co-personal Representatives of the Estate Of Gaylord Kumm; BEN KUMM; GLEN R. KUMM; and STARR KUMM n/k/a STARR WALLACE, | ) ) ) ) ) ) ) | 8:08CV368 |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*.

**IT IS ORDERED:**

A telephone status conference with the undersigned magistrate judge is scheduled for **April 21, 2010, at 1:30 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 19th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge