# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANICE KUMM and DEANN KUMM, individually and as co-personal representatives of the ESTATE OF GAYLORD KUMM; BEN KUMM; GLEN R. KUMM; and STARR KUMM n/k/a Starr Wallace,<br><br>    Plaintiffs,<br><br>v.<br><br>PHOENIX LIFE INSURANCE COMPANY and PHL VARIABLE INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. 8:08CV368<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulation of Dismissal, filed pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Filing No. 132). Being fully advised, the Court will dismiss this action with prejudice, with each party to bear its own costs and attorneys fees.

**ACCORDINGLY, IT IS ORDERED that:**

This action and all claims or counterclaims that were brought or could have been brought is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated this 30th day of April, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge

Prepared and Submitted by:

    Kenneth W. Hartman (#21954)
of  BAIRD HOLM LLP
    1500 Woodmen Tower
    1700 Farnam St
    Omaha, NE 68102-2068
    (402) 344-0500
    khartman@bairdholm.com

    Attorneys for Plaintiffs

DOCS/971726.1